799 A.2d 1283

IN THE MATTER OF STEVEN B. MIROW,
AN ATTORNEY AT LAW.

June 17, 2002.

ORDER

The Disciplinary Review Board having reported that **STEVEN B. MIROW** of **STRATFORD**, who was admitted to the bar of this State in 1983, and who thereafter was suspended from the practice of law pursuant to *Rule* 1:20–17 for failure to pay administrative costs assessed against him, effective May 17, 1999, by Order of this Court filed April 16, 1999, has paid in full the administrative costs assessed against him, and good cause appearing;

It is ORDERED that **STEVEN B. MIROW** be restored to the practice of law effective immediately.